UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES-CLIFTON BEAL,<br><br>        Plaintiff,<br><br>   v.<br><br>JASON SCHULTZ,<br><br>        Defendant. | Case No. 25-cv-09482-RFL (PR)<br><br>**ORDER OF TRANSFER** |

      Plaintiff Charles-Clifton Beal alleges that four Defendants have interfered with his receiving his mail from the federal courts. Because he is housed at CSP-Sacramento, only Jason Schultz, the warden of the prison, and A. Hubbard, a clerk at the prison, could make sense to name as Defendants. The other two (Judge Jason B. Chin, a state judge in Alameda County, and Timothy Wagstaff, the Alameda County District Attorney) are not plausibly alleged to be involved in the handling of his mail from the federal courts at the prison. Accordingly, the claims against Chin and Wagstaff are DISMISSED. The dismissal is without leave to amend, as the nature of the allegations make it clear that amendment would be futile.

      Because this leaves only the CSP-Sacramento Defendants, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

      **IT IS SO ORDERED.**

      **Dated:** November 18, 2025

                                                 RITA F. LIN<br>
                                       United States District Judge